## Rachel S. Blumenfeld
### Attorney at Law
26 Court Street, Suite 2220 • Brooklyn, New York  11242
718.858.9600 • rblmnf@aol.com

November 3, 2014

To Whom it May Concern,

**Re:    Conversion Consulting LLC, now known as Flip Services DBA
Bounce & Flip, ch. 11 case no:  14-127480mg**

Please be advised that the initial case conference in the above referenced case currently scheduled for November 5, 2014, has been **ADJOURNED** to **November 13, 2014 at 11:00 a.m.**

Please feel free to contact the undersigned with any questions or concerns.

Sincerely,

*/s/ Rachel S. Blumenfeld*

Rachel S. Blumenfeld