# Rachel S. Blumenfeld
## Attorney at Law
26 Court Street, Suite 2220 • Brooklyn, New York  11242
718.858.9600 • rblmnf@aol.com

December 2, 2014

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York

Re:  **Conversion Consulting LLC, now known as Flip Services
DBA Bounce and Flip - Chapter 11 case no:  14-12748-mg**

Dear Judge Glenn,

  I represent the Debtor in the above referenced case. We are filing this status letter at the direction of the Court at the hearing was held before Your Honor on November 13, 2014. The Debtor appeared at the section 341 hearing on November 18, 2014, and was examined by the Office of the United States Trustee.

  The Debtor is current with all of his post petition obligations, including payments on all withholding and tax obligations, except the Debtor is not current on post petition payments to the Landlord.

  The Debtor intends on bringing a check to the hearing on December 4, 2014 to become current with his post petition payments to the Landlord. It is the Debtor's intention to surrender the premises to the Landlord, but the Debtor would like to stay in the premises until December 23, 2014, if possible, as his other lease has not come through. We sent a proposal to Landlord's counsel by email on December 1, 2014, outlining a payment plan for all amounts due and owing to the Landlord except for late fees, which the Debtor proposes can be consummated through a chapter 11 plan. We are awaiting a response from the Landlord to see if we can file a consensual chapter 11 plan, pay the Debtor's other debts and resolve the amounts due to the Landlord.

  We thank the Court for all of its courtesies and considerations in this matter.

Respectfully,

*/s/ Rachel S. Blumenfeld*

Rachel S. Blumenfeld